UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TRUSTEES OF THE NEW YORK HOTEL                              :
TRADES COUNCIL AND HOTEL                                    :
ASSOCIATION OF NEW YORK CITY, INC.     :    24 Civ. 6651 (LGS)
HEALTH BENEFITS FUND, PENSION FUND,    :
LEGAL FUND, SCHOLARSHIP FUND,          :    SCHEDULING ORDER
INDUSTRY TRAINING FUND, et al.,        :
                               Petitioners,  :
                                                            :
            -against-                                       :
                                                            :
CHELSEA GRAND LLC,                                          :
                               Respondent.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on September 3, 2024, Petitioners commenced this action by filing a complaint seeking to confirm an arbitration award. Petitioners also filed a memorandum of law and accompanying declaration and exhibits. It is hereby

    **ORDERED** that the parties shall file their submissions in connection with Petitioners' Petition to Confirm Arbitration according to the following schedule. By **September 25, 2024**, Respondent shall file any opposition, not to exceed twenty (20) pages. By **October 4, 2024**, Petitioners shall file any reply in support of their Petition, not to exceed five (5) pages. The parties shall otherwise comply with the Court's Individual Rules in filing their motions and supporting papers.

Dated: September 9, 2024
       New York, New York

                                      LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE